■ KENNETH ZIOLKOWSKI, Respondent, v HAN-TEK, INC., et al., Appellants. [992 NYS2d 666]—Appeals from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered September 5, 2013. The order, among other things, denied defendants' motions for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.

■ WESTERN NEW YORK IMMEDIATE MEDICAL CARE, PLLC, Respondent, v HEALTHNOW NEW YORK, INC., Doing Business as BLUE CROSS BLUE SHIELD OF WESTERN NEW YORK, Appellant. [992 NYS2d 666]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered December 20, 2013. The order, insofar as appealed from, granted a preliminary injunction enjoining defendant from removing plaintiff from its list of participating providers.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on September 2, 2014, and filed in the Erie County Clerk's Office on September 3, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.

■ EUNICE KIM, as Administratrix of YOUNG GUN WANG, Deceased, Respondent, v HENRY CHANG, Also Known as HYUN SUNG CHANG and Others, Appellant. [992 NYS2d 667]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered June 11, 2012. The order denied the motion of defendant for summary judgment dismissing the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on May 25 and 28, 2013, and filed in the Onondaga County Clerk's Office on June 10, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.